*E-Filed 8/6/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS F. FORTE and GABRIELA C. FORTE,<br><br>        Plaintiffs,<br><br>   v.<br><br>GMAC MORTGAGE and DOES 1-100, inclusive,<br><br>        Defendants.<br>_____/ | No. 5:09 CV 3498 RS<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

    Defendant GMAC Mortgage, LLC, has filed a motion to dismiss, docket [7] in the above-captioned matter. This motion is noticed for hearing on September 16, 2009, at 9:30 a.m.

    In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than **August 14, 2009**.

    IT IS SO ORDERED.

Dated: 8/6/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09 CV 3498 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE